AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

**EASTERN** DISTRICT OF **TENNESSEE**

TIMOTHY HICKLE

## JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 3:06-CV-488

COMMISSIONER OF SSA

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court ACCEPTS IN WHOLE the Report and Recommendation [doc 17].

It is further ORDERED that the plaintiffs motion for judgment on the pleadings [doc 10] is GRANTED; the defendant Commissioners motion for summary judgment [doc 14] is DENIED; the Commissioners decision in this case denying the plaintiffs application for period of disability, disability insurance benefits, and supplemental security income based on disability is REVERSED; and benefits are to be awarded on remand.

| | |
|---|---|
| September 11, 2007 | Patricia L. McNutt, Clerk |
| Date | |
| | By   S/A. Archer    Deputy Clerk |